# United States Court of Appeals
## For the First Circuit

No. 02-1284

SOUTH SHORE HOSPITAL, INC., D/B/A SOUTH SHORE HOSPITAL
TRANSITIONAL CARE CENTER,

Petitioner, Appellee,

v.

TOMMY G. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES,

Respondent, Appellant.

SECOND ERRATA SHEET

The opinion of this Court as originally issued on October 16, 2002 is corrected as follows:

On page 6, line 2, change § 100.352 to § 100.532.